# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# DELTA DIVISION

**JAMES ALFRED THOMAS (# 112725)**                           **PLAINTIFF**

**v.**                                                                                                **No. 2:07CV71-P-A**

**DESOTO COUNTY CIRCUIT COURT, ET AL.**                      **DEFENDANTS**

## **ORDER OF DISMISSAL**

The court, *sua sponte,* takes up the dismissal of the plaintiff's case filed under 42 U.S.C. § 1983. The plaintiff, a prisoner proceeding *pro se*, seeks review of his sentence imposed under the laws of Mississippi. He alleges that numerous errors occurred during the state's prosecution and conviction of the plaintiff for manslaughter. The plaintiff does not challenge the conditions of his confinement, as required under 42 U.S.C. § 1983; he instead challenges the fact and duration of his confinement, a claim which he should have brought as a *habeas corpus* claim under 28 U.S.C. § 2254. A claim under 42 U.S.C. § 1983 does not accrue until the conviction or sentence has been invalidated. *Heck v. Humphrey*, 512 U.S. 477, 489-90 (1994). As the plaintiff has not shown that his conviction or sentence has been reversed, expunged, invalidated or impugned by the grant of a writ of *habeas corpus*, his claim under 42 U.S.C. § 1983 is not ripe for consideration and should be dismissed without prejudice to his ability to file a *habeas corpus* claim under 28 U.S.C. § 2254.

**SO ORDERED,** this the 16th day of May, 2007.

                                                                                            /s/ W. Allen Pepper, Jr.
                                                                                             W. ALLEN PEPPER, JR.
                                                                                             UNITED STATES DISTRICT JUDGE